STATE OF NEW JERSEY v. GEORGE BUCHANAN.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP JOHNSON.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS MAZZA.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY T. WILSON.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER PIERCE.

February 16, 1988.

Petition for certification denied.